UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  KENNETH E BARNETT
DONNA M BARNETT
PO BOX 502
LAWRENCE, MI 49064

CASE NO: GK-03-11532 - 001ᴬ
Chapter 13
HON. JAMES D GREGG
Filed: Sep 19, 2003

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1,014.11 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(A). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) follows:

**CREDITOR NAME:**  Sherman Acquisition

**LAST KNOWN CREDITOR ADDRESS:** % Alegis Group LP
PO Box 10409
Greenville, SC  29603-0409

Date: May 29, 2008                    TRUSTEE:  MARY K. VIEGELAHN HAMLIN

UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 232933  - KD

June 06, 2008
13:55:10

UNCLAIMED FUNDS
03-11532

Debtor.: KENNETH E. BARNETT
Judge..: James D. Gregg
Trustee: MARY VIEGELAHN HAMLIN
Amount.:                    $1,014.11 CH
Check#.: 555993

Total—>   $1,014.11

FROM: MARY HAMLIN

FILED
2008 JUN -5 AM 10: 13
BANKRUPTCY COURT
WEST DIST. OF MICH.