**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:   KENNETH E BARNETT
         DONNA M BARNETT                         CASE NO. GK-03-11532
         PO BOX 502                               Chapter 13
         LAWRENCE,  MI  49064                 HON JAMES D GREGG
                                                Date: Jul 09, 2008

## TRUSTEE'S FINAL REPORT AND ACCOUNT

      Mary K. Viegelahn Hamlin, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC §1302(b)(1).

1. The case was filed on September 19, 2003 and confirmed on February 17, 2004.
   The case was subsequently COMPLETED-J on April 23, 2008.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $98,171.57.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| DAVID TUDOR | DIRECT | 13,840.85 | 0.00 | 0.00 | 0.00 |
| DOUGLAS ROSE | SECURED CREDITOI | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| DRAWER 55-953 | SECURED CREDITOI | 17,540.00 | 17,540.00 | 0.00 | 0.00 |
| CAPITAL ONE | UNSECURED CREDI | 8,315.33 | 8,315.33 | 0.00 | 0.00 |
| FIFTH THIRD BANK | UNSECURED CREDI | 12,740.25 | 12,740.25 | 0.00 | 0.00 |
| FIFTH THIRD BANK       @ | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | UNSECURED CREDI | 9,718.21 | 9,718.21 | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | UNSECURED CREDI | 4,789.70 | 4,789.70 | 0.00 | 0.00 |
| IMPERIAL CAPITAL BANK      @ | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | UNSECURED CREDI | 374.65 | 374.65 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | UNSECURED CREDI | 2,215.37 | 2,215.37 | 0.00 | 0.00 |
| ALLEGIS CREDIT UNION | UNSECURED CREDI | 5,518.91 | 5,518.91 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | UNSECURED CREDI | 5,322.22 | 5,322.22 | 0.00 | 0.00 |
| MBNA MASTERCARD/VISA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PROVIDIAN NATIONAL BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | UNSECURED CREDI | 385.05 | 385.05 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | UNSECURED CREDI | 4,702.87 | 4,702.87 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | UNSECURED CREDI | 4,381.39 | 4,381.39 | 0.00 | 0.00 |
| WAL-MART              @ | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | UNSECURED CREDI | 570.94 | 570.94 | 0.00 | 0.00 |
| SHERMAN ACQUISITION | UNSECURED CREDI | 4,322.76 | 4,322.76 | 0.00 | 0.00 |
| CAPITAL ONE | UNSECURED CREDI | 1,207.74 | 1,207.74 | 0.00 | 0.00 |
| DRAWER 55-953 | UNSECURED CREDI | 7,064.65 | 7,064.65 | 0.00 | 0.00 |

4. Summary of disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $33,780.85 | $0.00 | $71,630.04 | $0.00 | $105,410.89 |
| **Principal Paid** | $19,940.00 | $0.00 | $71,630.04 | $0.00 | $91,570.04 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 through the plan for the filing fee.
   The Debtors' attorney was allowed $700.00 and was paid $700.00.
   The Trustee was paid $3,809.56 pursuant to 11 USC § 1302.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   Refunds to the debtor total $2,091.97.

**TRUSTEE'S FINAL REPORT AND ACCOUNT**          CHAPTER 13 CASE NO. GK-03-11532                                  PAGE 2


      Wherefore the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.


xc:  KENNETH E BARNETT                          /s/ Mary K. Viegelahn Hamlin
     and DONNA M BARNETT                     _____
                                                MARY K. VIEGELAHN HAMLIN, TRUSTEE

     ARMSTRONG LAW OFFICES PLLC
     511 RENAISSANCE DR STE 110
     ST JOSEPH,  MI  49085-2171